UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-20813-GAYLES/TORRES

BERNABE MACIAS, JR.,
ESPERANZA A. MACIAS, and
MARIA MACIAS CARRERAS,
individually and as personal
Representative of the ESTATE of
ALVARO CARLOS CARRERAS,
deceased

          Plaintiff,

v.

CELEBRITY CRUISES INC.,

          Defendant.

_____/

**ORDER**

**THIS CAUSE** comes before the Court on Defendant Celebrity Cruises Inc.'s Motion to Dismiss Plaintiffs' Complaint (the "Motion"). [ECF No. 7]. The action was referred to Magistrate Judge Edwin Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 11]. On November 19, 2021, Judge Torres issued his report recommending that the Motion be granted in part and denied in part (the "Report"). [ECF No. 17]. No objections have been filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see*

*also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

In his Report, Judge Torres recommends that (1) the Motion be granted in part and denied in part, (2) Count One be dismissed with leave to amend, (3) Count Two be dismissed with prejudice, (4) Plaintiffs' demand for a jury trial stricken, and (5) Defendant's motion to strike non-pecuniary damages allegations from the Estate of Alvaro Carlos Carreras' claims pursuant to the Death on the High Seas Act be denied without prejudice.  The Court finds no clear error with Judge Torres's recommendation and agrees that the Motion should be granted in part and denied in part.

## CONCLUSION

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Torres's Report and Recommendation, [ECF No. 17], is adopted in full;

(2) Defendant Celebrity Cruise Inc.'s Motion to Dismiss Plaintiffs' Complaint, [ECF No. 7], is granted in part and denied in part;

(3) Count One of the Complaint is dismissed with leave to amend;

(4) Count Two of the Complaint is dismissed with prejudice;

(5) Plaintiffs' demand for a jury trial is stricken;

(6) Defendant's motion to strike non-pecuniary damages allegations from the Estate of Alvaro Carlos Carreras' claims pursuant to the Death on the High Seas Act is denied without prejudice;

(7)     Plaintiffs shall file an Amended Complaint within fourteen (14) days of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of December, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE